| UNITED STATES BANKRUPTCY COURT |
| DISTRICT OF NEW JERSEY |

In Re: Jayashree Amin

Case No.: 20-16954

Adversary No.: _____

Chapter: 13

Judge: VFP

## CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. NOTE: A separate form must be filed in each main case and adversary proceeding where the address of the party needs to be updated. A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type: Jayashree Amin
(Example: John Smith, creditor)

Old address: 4 Riehl Street
Elmwood Park NJ 07407

New address: 6 Doris Lane
Wallington, NJ 07057

New phone no.: _____
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date: March 28, 2022

/s/ Russell L. Low, Esq.
Signature

*rev. 8/1/2021*

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy